IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DRAKE A. EDWARDS, :

   Plaintiff, :

  vs. :

DAYTON VETERANS CENTER, :
et al.,
                                :
   Defendants.
                                :

Case No. 3:15cv00155

District Judge Thomas M. Rose
Chief Magistrate Judge Sharon L. Ovington

**DECISION AND ENTRY**

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on September 11, 2015 (Doc. #3) is ADOPTED in full;

2. Plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §1915(e)(2);

3. The Court certifies under 28 U.S.C. §1915(a)(3) that Plaintiff's appeal, if any, would not be taken in good faith; and,

4. The case is terminated on the docket of this Court.

October 13, 2015                                             *s/Thomas M. Rose

                                                                     _____
                                                                        Thomas M. Rose
                                                              United States District Judge